AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | | | CRIMINAL COMPLAINT |
|---|---|---|---|---|---|
| v. | | | | | |
| Juan Manuel Guajardo, Jr. AKA **Juan Manuel Guajardo** | | | | | Case Number: |
| (NC 08/29/2022) | YOB: 1972 | COB: | United States | | M-22- 1677 -M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **August 22, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Marvin Jose Lopez-Romero, a citizen and national of Guatemala, who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Abram, Texas, to the point of arrest near Abram, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 22, 2022, a Palmview Police officer conducted a traffic stop on a black Chevrolet Cruze for a traffic violation in Abram, Texas. As the Cruze came to a stop near a convenience store, the Officer observed three (3) subjects exit the vehicle and abscond. The Officer approached the Cruze and encountered the driver identified as Juan Manuel Guajardo. Guajardo told the officer there was an additional subject concealed in the trunk of the car. The officer opened the trunk of the Cruze and encountered a subject whose clothes were soiled and was wearing a green wristband commonly used by smuggled aliens. The Officer contacted Border Patrol for assistance to identify the subject in the trunk.

A Border Patrol Agent arrived on scene and identified the subject in the trunk as Marvin Jose Lopez-Romero. Lopez was determined to be illegally present in the United States. Guajardo was determined to be a United States Citizen. The three (3) subjects that absconded were not apprehended.

Juan Manuel Guajardo was placed under arrest and was taken into Palmview Police custody. Marvin Jose Lopez-Romero was placed under arrest and was transported to the McAllen Border Patrol station.

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Complaint authorized by AUSA D. Walker

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/S/ Jose E. Delgado
Signature of Complainant

Jose E. Delgado    Border Patrol Agent
Printed Name of Complainant

August 23, 2022  5:31 pm              at    McAllen, Texas
Date                                         City and State

Juan F. Alanis                    , U. S. Magistrate Judge
Name and Title of Judicial Officer         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22- 1677 -M

**RE:** **Juan Manuel Guajardo**

**CONTINUATION:**

PRINCIPAL SWORN STATEMENT:

Juan Manuel Guajardo, a United States citizen, was read his Miranda Rights and refused to make a statement.

MATERIAL WITNESS:

Mervin Jose Lopez-Romero, a citizen of Guatemala, was read his Miranda Rights and agreed to make a statement.

Lopez claimed he crossed the river with four (4) others to include a guide. Lopez indicated they walked for a while, climbed over the border wall and hid in a brushy area. Lopez stated a black small car came to pick them up. Lopez added that the driver of the small car opened the trunk and instructed him to board into the trunk. Lopez said they departed the area and shortly after were stopped by law enforcement.

Lopez identified Juan Manuel Guajardo, through a photo lineup, as the driver of the black small car.